UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

SOMPO JAPAN INSURANCE INC.,      Case No.: 22-cv-10187

         Plaintiff,

     - against –      **NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

FORWARD AIR CORP.,

         Defendant.

-------------------------------------------------------------x

**NOTICE IS HEREBY GIVEN,** by counsel for Plaintiff, that no defendant having appeared in this action, the above-entitled action is hereby dismissed voluntarily *with prejudice*, with each party bearing its own costs and fees, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: New York, NY
        March 15, 2022

                                          **HILL RIVKINS LLP**
                                          **Attorneys for Plaintiff**

                                          By: _____

                                          CHARLES M. HENDERSON, III
                                          45 Broadway, Suite 1500
                                          New York, NY 10006
                                          (212) 669-0600 - Telephone
                                          (212) 669-0698 – Facsimile
                                          chenderson@hillrivkins.com

The Clerk of the Court is directed to close the case.

SO ORDERED:

_____